UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-95-1H

UNITED STATES OF AMERICA

v.

CHRISTOPHER MARTIN GORDON

ORDER

On motion of the Defendant, Christopher Martin Gordon, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #32 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Office.

IT IS SO ORDERED.

This 4: ýj "day of January, 2014.

_____
MALCOLM J. HOWARD
Senior United States District Judge