UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Martin Gordon**                                       Docket No. 5:13-CR-95-1H

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Martin Gordon, who, upon an earlier plea of guilty to Robbery of a Business Engaged in Interstate Commerce and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951 and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on May 13, 2014, to the custody of the Bureau of Prisons for a term of 58 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 36 months.

Christopher Martin Gordon was released from custody on December 16, 2016, at which time the term of supervised release commenced. As a result of the defendant testing positive for marijuana on March 2 and March 14, 2017, a Violation Report was forwarded to the court recommending continuing supervision to allow the defendant to continue in substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On May 17, 2017, the defendant submitted a urine specimen which tested positive for marijuana and amphetamine. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and in an effort to deter future drug use, we would respectfully recommend that his supervision be modified to include 60 days of curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain | /s/ Keith W. Lawrence |
| Michael C. Brittain | Keith W. Lawrence |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 150 Rowan Street, Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2538 |
| | Executed On: June 5, 2017 |

**ORDER OF THE COURT**

Considered and ordered this 6th day of June 2017 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge