IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CR-95-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER MARTIN GORDON, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's motion (D.E. 60) to seal the proposed sealed notice and declaration (D.E. 59) filed on 17 October 2017 due to sensitive information. Defendant failed to adequately state any basis for sealing in the motion to seal or to file a memorandum in support of the motion as required by Local Criminal Rule 55.2, E.D.N.C. and Section V.G.1.(a) of the court's CM/ECF Administrative Policies and Procedures Manual ("CM/ECF Policy Manual"). As a result, the court is unclear on what grounds defendant seeks sealing.

Defendant's motion is accordingly DENIED WITHOUT PREJUDICE. Defendant shall file any renewed motion to seal and the requisite supporting memorandum no later than 2 November 2017. The government may file a memorandum in response to any renewed motion within seven days after the motion is filed. The Clerk is DIRECTED to maintain Docket Entry 59 under temporary seal until the court enters a ruling on any renewed motion to seal. However, if a renewed motion to seal and memorandum are not timely filed, Docket Entry 59 shall be unsealed without further order of the court.

SO ORDERED, this 19th day of October 2017.

 _____
James E. Gates
United States Magistrate Judge